```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/06
```

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 17, 2006

**By Hand**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: **United States v. Carlos Heredia**
    05 Cr. 1205 (KMK)

Dear Judge Karas:

The defendant's plea in the above-captioned matter is scheduled for Monday, March 20, 2006 at 11:00 a.m. The Government recently provided a plea agreement to the defendant. Scott Tulman, Esq., counsel to the defendant, has informed me that the defendant intends to plead guilty pursuant to the plea agreement; however, Mr. Tulman requested several additional days to review the plea agreement with the defendant.

The parties therefore respectfully request that the defendant's plea be adjourned until Wednesday, March 22nd or Thursday, March 23rd. The Government respectfully requests that the Court exclude time from March 20, 2006 until March 23, 2006. I have spoken with Mr. Tulman and he consents to this request for the exclusion of time.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Elie Honig
Michael Q. English
Assistant United States Attorneys
(212) 637-2474/2594

cc: Scott Tulman, Esq. (by Facsimile)

*Handwritten endorsement:* The plea is scheduled for March 22, 2006 at 10:30 a.m. Time is excluded in the interests of justice to permit counsel to review the proposed plea agreement until March 22, 2006. See 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED
_____
KENNETH M. KARAS U.S.D.J.
3/17/06